```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| GREGORY LASKY, <br><br> Plaintiff, <br><br> v. <br><br> WACHOVIA CORP., <br><br> Defendant. | Civil No. 08-2161 (JBS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on August 5, 2008; and the Court noting the following appearances: Anthony Brady, Esquire, appearing on behalf of the plaintiff; and Sherri A. Affrunti, Esquire, appearing on behalf of the defendant.

IT IS this **5th** day of **August, 2008,** hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **September 30, 2008 at 10:00 a.m**. **Plaintiff's counsel shall initiate the telephone conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                          s/ Joel Schneider<br>
                                                          JOEL SCHNEIDER<br>
                                                          United States Magistrate Judge